# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF STEVEN L. BACLET, DECEASED.

JEFFREY BACLET,

Appellant,

vs.

ROSALIE BACLET,

Respondent.

No. 85255

FILED

SEP 30 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to expunge a lis pendens. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it does not appear that the challenged order is substantively appealable, as no statute or rule authorizes an appeal from an order expunging a lis pendens. NRAP 3A(b); *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984) (recognizing that, generally, this court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule).

This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-30901

cc:    Hon. Connie J. Steinheimer, District Judge
Jeffrey Baclet
Robertson, Johnson, Miller & Williamson
Washoe District Court Clerk